1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

7

8    UNITED STATES OF AMERICA,                           NO.  CR10-255-TSZ

9                                  Plaintiff,

10           v.

11    RAFAEL CHAVEZ,                                      DETENTION ORDER

12
                                   Defendant.
13

14    Offenses charged:

15       Count 1:          Conspiracy to Distribute Heroin, in violation of 21 U.S.C. §§
16                         841(a)(1), 841(b)(1)(A) and 846

17       Count 2-5, 7-10:  Distribution of Heroin, in violation of 21 U.S.C., §§ 841(a)(1) and
                           841 (b)(1)(C)
18
         Count 6:          Distribution of Cocaine, in violation of 21 U.S.C. 841(a)(1) and
19                          841(b)(1)(C)

20    Date of Detention Hearing: November 9, 2010

21           The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

22    based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

23           FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

24       1.      Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that

25               defendant is a flight risk and a danger to the community based on the nature of

26               the pending charges.  Application of the presumption is appropriate in this case.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

2.      Defendant is a citizen of Mexico.

3.      An immigration detainer has been placed on defendant by the United States Immigration and Customs Enforcement.

4.      Defendant has stipulated to detention, but reserves the right to contest his continued detention if there is a change in circumstances.

5.      There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required or ensure the safety of the community.

IT IS THEREFORE ORDERED:

(1)     Defendant shall be detained and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 9th day of  November, 2010.

James P. Donohue

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2